HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROCKY R. BECERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-MJ-00006 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| ROCKY R. BECERRA, | Date: April 17, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Rocky R. Becerra, that the status conference scheduled for April 17, 2019, may be continued to June 12, 2019, at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

Defense counsel seeks additional time to review video and other discovery and to consult with Mr. Becerra, who is currently living in Oregon. Defense counsel asks to reschedule the case for June 12, when he is scheduled to be on duty in Yosemite, in order to assure continuity of counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 5, 2019 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROCKY R. BECERRA

McGREGOR SCOTT
United States Attorney

Dated: April 5, 2019 /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The status conference scheduled for April 17 is continued to June 12, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated:  April 12, 2019
UNITED STATES MAGISTRATE JUDGE