HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
ROCKY BECERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6-19-mj-00006-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| ROCKY BECERRA, | |
| Defendant. | |

Come the parties stipulating and requesting that the status hearing in this case be continued from July 31, 2019 to August 13, 2019. The main reason for this is that Mr. Becerra will need a video teleconference from Michigan, and on July 31, there will be a temporary court clerk who will have never done a teleconference before. The Court's Clerk suggested this continuance. A secondary reason for the continuance is that the parties are in settlement negotiations.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2019      */s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant

-1-

|   |   |   |
|---|---|---|
| | | ROCKY BECERRA |
| DATED: July 18, 2019 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | */s/ Susan St. Vincent* |
| | | SUSAN ST. VINCENT |
| | | Yosemite Legal Officer |
| | | Attorney for Plaintiff |

**O R D E R**

The court, being sufficiently advised, orders that the status hearing set for July 31, 2019 in Case No. 6:19-mj-00006-JDP be continued to August 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 22, 2019

UNITED STATES MAGISTRATE JUDGE