Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROCKY R. BECERRA,<br><br>Defendant. | No. 6:19-mj-0006-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Rocky Becerra, by and through his attorney of record, Assistant Federal Defender, Rachelle Barbour, that the status conference in the above-captioned matter set for August 13, 2019 be continued to September 17, 2019, at 10:00 a.m. The Government representative has to be out of the area on August 13, 2019 for a medical appointment. The parties further request the Defendant be permitted to appear by video teleconference from the U.S. District Court in Michigan.

Dated: July 30, 2019  /S/ Susan St. Vincent
Susan St. Vincent, Legal Officer
Yosemite National Park

Dated: July 30, 2019  /S/ Rachelle Barbour
Rachelle Barbour
Assistant Federal Defender for
Rocky Becerra

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 13, 2019, status conference for Rocky Becerra, Case *6:19-mj-0006-JDP*, is continued to September 17, 2019, at 10:00 a.m. Defendant will be permitted to appear via video teleconference from the U.S. District Court in Michigan.

IT IS SO ORDERED.

Dated:   July 31, 2019

UNITED STATES MAGISTRATE JUDGE