| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ROCKY BECERRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00006-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING** |
| vs. | Date:   August 11, 2020 |
| Rocky Becerra, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Rocky Becerra, hereby stipulate and jointly move this Court to vacate Mr. Becerra's hearing scheduled for August 11, 2020.

On September 17, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Becerra to 18 months unsupervised probation, a $1000 fine, and required him to attend AA or NA meetings once per week for 6 months, with a final review hearing on February 9, 2021. On July 7, 2020, defense counsel requested additional time to verify Mr. Becerra's compliance.  To date, Mr. Becerra has paid his fines in full.  However, he has only attended a portion of his required AA/NA meetings. Noting Mr. Becerra's partial compliance, the government does not object to vacating Mr. Becerra's review hearing scheduled for August 11, 2020, and allowing him the balance of his probation to complete his AA/NA meetings.

1  //
2  //
3  //
4
5                                              Respectfully submitted,
6                                              McGREGOR SCOTT
                                               United States Attorney
7
8  Dated:  August 10, 2020                    */s/ Sean Anderson*
                                               Sean Anderson
9                                              Acting Legal Officer
                                               National Park Service
10                                             Yosemite National Park
11
12 Dated:  August 10, 2020                    HEATHER E. WILLIAMS
                                               Federal Defender
13
14                                             */s/  Benjamin A. Gerson*
                                               BENJAMIN A. GERSON
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             Rocky Becerra
17

**O R D E R**

The above stipulation to vacate the review hearing in case 6:19-mj-00006 JDP is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   August 11, 2020              _____
                                      UNITED STATES MAGISTRATE JUDGE