1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ROCKY BECERRA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:19-mj-00006-JDP

12              Plaintiff,             **STIPULATION TO VACATE
                                       REVIEW HEARING AND TERMINATE
13  vs.                                PROBATION; ORDER**

14  ROCKY BECERRA,

15              Defendant.

16

17       The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite

18  National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal

19  Defender, counsel for the defendant, Rocky Becerra, hereby stipulate and jointly move this Court

20  to vacate the review hearing currently calendared for March 9, 2021 and terminate probation.

21       On September 17, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Becerra to a

22  term of 18 months unsupervised probation, to attend AA or NA meetings twice per week for 10

23  months, and to pay a fine and special assessments totaling $1,000.00.  As of the instant filing,

24  Mr. Becerra has paid his fine in full and is in substantial compliance with the terms of his

25  probation. The undersigned defense counsel respectfully moves the court to vacate the review

26  hearing and terminate probation.  The government does not object.

27  //

28  //

1                                                Respectfully submitted,

2
                                                 PHILLIP A. TALBERT
3                                                Acting United States Attorney

4    Dated:  March 4, 2021            _/s/ Sean Anderson_____
                                                 SEAN ANDERSON
5                                                Acting Legal Officer
                                                 National Park Service
6                                                Yosemite National Park

7

8                                                HEATHER E. WILLIAMS
                                                 Federal Defender
9

10   Dated: March 4, 2021            _/s/ Benjamin A. Gerson_____
                                                 BENJAMIN A. GERSON
11                                               Assistant Federal Defender
                                                 Attorney for Defendant
12                                               ROCKY BECERRA

13

14

15

16                                  O R D E R

17          Based on the parties' joint representation that Mr. Becerra is substantially in compliance

18   with the conditions of his probation and finding no objection from the government, the court

19   vacates the review hearing in case 6:19-mj-00006-HBK-1 scheduled for March 9, 2021 at 10:00

20   a.m. and terminates probation.

21

22   IT IS SO ORDERED.

23

24   Dated:   __March 5, 2021__
                                                 HELENA M. BARCH-KUCHTA
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28